ORIGINAL

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 10 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

LOUIS JOSEPH APRILE and
MICHAEL GARVEIGH

CRIMINAL COMPLAINT

CASE NUMBER: 1:09-MJ-700

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 9, 2009, in Fulton County, in the Northern District of Georgia defendants, LOUIS JOSEPH APRILE and MICHAEL GARVEIGH, aided and abetted by one another, acted in concert to falsely assume and pretend that LOUIS JOSEPH APRILE was an officer or employee acting under the authority of the United States, and that LOUIS JOSEPH APRILE did act as such on several occasions,

in violation of Title 18 United States Code, Section(s) 912 and 2.

I further state that I am a(n) Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

see attached affidavit

Continued on the attached sheet and made a part hereof.    (x) Yes  ( ) No

_____
Signature of Complainant
MATTHEW CARMAN

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

June 10, 2009                                    at    Atlanta, GA
Date                                                    City and State

Russell G. Vineyard
United States Magistrate Judge                          _Russell G. Vineyard_
Name and Title of Judicial Officer                      Signature of Judicial Officer
AUSA Katherine M. Hoffer

## AFFIDAVIT

I, Matthew Carman, being duly sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Atlanta, Georgia field office and work on Violent Crimes/Major Offenders Squad. I have been employed with the FBI since April of 2004. My duties include the investigation of individuals involved in bank robberies, fugitive matters, and other crimes including the impersonation of government officials and foreign officials.

2. The following information has been derived from investigation personally conducted by your affiant and based on investigative information received from other law enforcement agents and officers.

3. During May of 2009, LOUIS JOSEPH APRILE called a police officer with Alpharetta Police Department to request a meeting. APRILE had met this officer approximately four years earlier, when the officer responded to a property crime at APRILE's residence. At this meeting, APRILE claimed to be the Deputy Director for NSA (National Security Agency) in this region. APRILE told the officer he was a former F-18 pilot for the US Navy and served on board the USS John C. Stennis. He stated that he could no longer fly due to a compressed vertebrae. APRILE claimed to have flown missions in Afghanistan in 2005 supporting special forces. APRILE

told the Officer he was forming a counter-terrorism task force and was recruiting local police officers. APRILE stated he was going to obtain security clearances for the police personnel.

4. The officer was induced to introduce APRILE to other officers in his department as well as the Alpharetta Police Chief, the Director of Public Safety. APRILE told them he would also like to meet officers with the Marietta Police Department (MPD) because some of his targets were located inside their jurisdictions. APRILE was introduced to officers of MPD. APRILE conducted at least five meetings with police personnel in which he represented himself as working for NSA and advised he was forming a counter-terrorism task force.

5. On at least three occasions APRILE was accompanied by MICHAEL GARVEIGH, who was portrayed by APRILE and by GARVEIGH as being an officer with British Intelligence. During one meeting GARVEIGH received multiple phone calls. During the calls, GARVEIGH would leave the room and then return. When GARVEIGH returned from one of the calls he claimed that the call was from the UK, and that British officials, including himself, were are all scrambling with the North Korea incident, referring to North Korea's nuclear testing.

6. During each of these meetings APRILE represented himself to be the Deputy Director for the National Security Agency for the region. He told police officers that he was selecting personnel for a special counter-terrorism

operation/investigation of a business in Marietta, GA. APRILE told the Alpharetta PD officers that the operation involved the highest level of national security and that all participants would have to sign non-disclosure agreements. During a meeting with Alpharetta Director of Public Safety, APRILE requested they select only personnel for this investigation that were the most trustworthy within their departments. Further, APRILE advised the police officers that the FBI should not be involved. APRILE stated that the selected personnel would receive training at Quantico and with the CIA at "the farm." APRILE stated that he would buy weapons and support equipment that the Alpharetta PD would later be able to keep.

      7. APRILE further described to the police officers a fictitious terrorist plot. APRILE stated that "terrorists" had a plot to obtain milk trucks in Florida, load the trucks with explosives, and drive them up to a business in Marietta for staging. The terrorists were allegedly connected to cells in Detroit, Michigan, and in Great Britain. Additionally, the terrorists were reported to be in the "purchasing" phase for their attack. According to APRILE, the terrorists were going to use home-made explosives.

      8. On one occasion, APRILE provided the Alpharetta PD officers pictures of an F-18 launching from the deck of an aircraft carrier and a picture from a cockpit of a fighter aircraft of another fighter aircraft flying next to it. On one of the pictures was handwritten "Jalalabad APR 05 USS STENNIS CVN-74." The USS John C Stennis (CVN-74) is a US Navy

Nimitz-Class nuclear-powered carrier. Per open source information, the carrier was stationed in the Pacific Ocean in 2004, and then went into refit at its home port in Washington State for eight months.

9. During one meeting, APRILE claimed that he, along with GARVEIGH, had been deployed to Turkey.

10. During one meeting, APRILE discussed a specific address (allegedly a "target" address) with an APD officer, which the APD Officer recognized from a old tip. The APD Officer was convinced enough by APRILE's representations to share information regarding this particular address.

11. On June 9, 2009, APRILE and GARVEIGH met with two APD Officers, one MPD officer and the MPD Chief of Police. This meeting was recorded by FBI agents. Prior to this meeting, FBI agents conducted checks with NSA and with NCIS (Naval Criminal Intelligence Service) regarding APRILE. FBI agents determined that APRILE was falsely claiming to be an NSA employee or agent, and that he was not with nor ever had been with the US NAVY. During this meeting, APRILE told the MPD Chief of Police he was with the NSA and was starting a counter-terrorism strike force. APRILE told them the location of a local business that he suspected to be terrorist-related and also stated there were two residences that were also targets. APRILE advised that the task force would raid these two targets the week of July 4, 2009. APRILE stated that they were highly volatile targets and that action had to be soon. APRILE was asked why British Intelligence (GARVEIGH) was needed and responded because of the cells

terrorist ties to the United Kingdom. APRILE also advised that GARVEIGH was part of his task force. At one point during the meeting GARVEIGH stated that he worked with APRILE and was part of his task force.

12. During the June 9, 2009 meeting, GARVEIGH and APRILE were arrested by the FBI. APRILE and GARVEIGH were interviewed. APRILE stated that his goal was to get the local police to help him to target two individual's homes (that he claimed to believe were terrorist-related) and raid them. APRILE advised that the police could "get the glory" and that he could get money he believed was inside the residences. APRILE advised he has never worked for the Navy or NSA. GARVEIGH advised agents that he was not with British Intelligence.

13. Based on the foregoing, I submit that there is probable cause to believe that APRILE and GARVEIGH acted in concert and aided and abetted one another, to represent that APRILE was a federal agent acting under the authority of the United States, and that APRILE acted as such, in violation of 18 United States Code, Section 912 and Section 2.